# U. S. District Court
## Eastern District of Louisiana (New Orleans)
### CIVIL DOCKET FOR CASE #: 2:09−cv−03275−MVL−SS

Davies et al v. Morgan Asset Management, Inc. et al
Assigned to: Judge Mary Ann Vial Lemmon
Referred to: Magistrate Judge Sally Shushan
Demand: $280,000
Cause: 15:77 Securities Fraud

Date Filed: 04/13/2009
Date Terminated: 08/12/2009
Jury Demand: Plaintiff
Nature of Suit: 850 Securities/Commodities
Jurisdiction: Federal Question

**Plaintiff**

**Sandmann Davies**  represented by  **James Frederick Willeford**
Willeford Law Firm
201 St. Charles Ave.
Suite 4208
New Orleans , LA 70170
(504) 582−1286
Email: jimwilleford@willefordlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jessica Michelle Vasquez**
Willeford Law Firm
201 St. Charles Ave.
Suite 4208
New Orleans , LA 70170
504−582−1286
Email: jvasquez@willefordlaw.com
*ATTORNEY TO BE NOTICED*

**Reagan Levert Toledano**
Willeford Law Firm
201 St. Charles Ave.
Suite 4208
New Orleans , LA 70170
504−582−1286
Email: rtoledano@willefordlaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**June Davies**  represented by  **James Frederick Willeford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jessica Michelle Vasquez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Reagan Levert Toledano**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frank Davies**     represented by    **James Frederick Willeford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jessica Michelle Vasquez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Reagan Levert Toledano**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Morgan Asset Management, Inc.**

**Defendant**

**RMK Advantage Income Fund, Inc.**

**Defendant**

**RMK High Income Fund, Inc.**

**Defendant**

**RMK Strategic Income Fund, Inc.**

**Defendant**

**Regions Financial Corporation**

**Defendant**

**Morgan Keegan &Company, Inc.**

**Defendant**

**James C. Kelsoe, Jr.**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/13/2009 | Ï 1 | COMPLAINT with Jury Demand against all defendants (Filing fee $ 350.) filed by Sandmann Davies, June Davies, Frank Davies. (Attachments: # 1 Civil Cover Sheet)(ecm, ) (Entered: 04/14/2009) |
| 04/13/2009 | Ï 2 | Summons Issued as to Morgan Asset Management, Inc., RMK Advantage Income Fund, Inc., RMK High Income Fund, Inc., RMK Strategic Income Fund, Inc., Regions Financial Corporation, Morgan Keegan &Company, Inc., James C. Kelsoe, Jr. (ecm, ) |

| | | |
|---|---|---|
| | | (Entered: 04/14/2009) |
| 05/04/2009 | Ï 3 | Request of Summons Issued as to Regions Financial Corporation filed by Sandmann Davies, June Davies, Frank Davies re 1 Complaint. (ecm, ) (Entered: 05/05/2009) |
| 05/04/2009 | Ï 4 | Summons Issued as to Regions Financial Corporation. (ecm, ) (Entered: 05/05/2009) |
| 05/04/2009 | Ï 5 | Letter to Court from Anna Stewart dated 4/22/09 (ecm, ) (Entered: 05/05/2009) |
| 05/05/2009 | Ï 6 | WAIVER OF SERVICE Returned Executed; waiver sent to James C. Kelsoe, Jr on 4/15/2009, answer due 6/15/2009. (Willeford, James) (Entered: 05/05/2009) |
| 08/10/2009 | Ï 7 | Notice of Conditional Transfer Order to MDL regarding MDL 2009. (ijg, ) (Entered: 08/11/2009) |
| 08/12/2009 | Ï 8 | Order of MDL Transfer to District of Western Tennessee. MDL case number is 2009. Electronic file, certified copy of transfer order, and docket sheet sent.. Signed by Chairman MDL Panel. (Attachments: # 1 Panel Letter)(ijg, ) (Entered: 08/12/2009) |